```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**ARTHUR EARL THOMPSON, #159312,**   :

    **Plaintiff,**   :

**vs.**   :   **CIVIL ACTION 12-0086-KD-M**

**WARDEN PATTERSON,** *et al.*,   :

    **Defendants.**   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 8th day of August, 2012.

                                            s/ Kristi K. DuBose  
                                            UNITED STATES DISTRICT JUDGE