```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**ARTHUR EARL THOMPSON, #159312,**   :

    **Plaintiff,**   :

**vs.**   :   **CIVIL ACTION 12-0086-KD-M**

**WARDEN PATTERSON,** *et al.*,   :

    **Defendants.**   :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 8th day of August, 2012.

                                            s/ Kristi K. DuBose
                                            UNITED STATES DISTRICT JUDGE